UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

George DaCosta,

                    Plaintiff,

        -v-

Union Local 306 LATSE and The Shubert
Organization,
                    Defendants.
-----------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: ⌐JUL 3 0 2008        │
└─────────────────────────────────┘
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**
**08 Civ. 2470 (PAC) (FM)**

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__  **General Pretrial (including scheduling,
        discovery, non-dispositive pretrial motions,
        and settlement)**

_____  Specific Non-Dispositive Motion/Dispute:*
        _____
        _____
        _____

        If referral is for discovery disputes when the
        District Judge is unavailable, the time
        Period of the referral:_____

_____  Settlement:

_____  Inquest After Default/damages Hearing

_____  Consent under 28 U.S.C. §636(c) for all
        purposes (including trial)

_____  Consent under 28 U.S.C. §636(c) for
        limited purpose (e.g., dispositive motion,
        preliminary injunction)

_____  Habeas Corpus

_____  Social Security

__X__  **Dispositive Motion (i.e. motion requiring
        a Report and Recommendation)
        Particular Motion:_____**

\* Do not check if already referred for general pretrial

Dated:  New York, New York
        July 30, 2008

                                            SO ORDERED

                                            _Paul A. Crotty_ (signature)
                                            _____
                                            PAUL A. CROTTY
                                            United States District Judge

Copy Mailed To:

George DaCosta
P.O. Box 338
New York, NY 10024